

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-17-2001

# In Re: Cendant Corp.

Precedential or Non-Precedential:

Docket 99-5485

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"In Re: Cendant Corp." (2001). *2001 Decisions*. Paper 185.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/185

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 99-5485
_____

IN RE: CENDANT CORP., (formerly known as CUC
International, Inc.) CENDANT CAPITAL I

LESTER A. GOLDSTEIN, on behalf of himself and all others
similarly situated; WELCH & FORBES INC., an institutional
investment manager, individually and on behalf of all others
similarly situated

v.

WALTER A. FORBES; COSMO CORIGLIANO; ANNE M. PEMBER; MERRILL
LYNCH & CO.; CHASE SECURITIES INC.; HENRY R. SILVERMAN

v.

ERNST & YOUNG; CENDANT MEMBERSHIP SERVICES, INC.; CASPER
SABATINO; STEVEN P. SPEAKS; KEVIN T. KEARNEY; MARY SATTLER;

HOWARD SIROTA,
                  Appellant
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

District Judge William H. Walls
(D.C. Civ. No: 98-01664)
_____

Argued December 15, 2000

Before: SCIRICA, FUENTES, and GARTH, Circuit Judges

_____

ORDER AMENDING OPINION
_____


The Opinion filed on August 8, 2001 is amended as follows:
Page 13, first full paragraph, second line, after "1995" and before
"Securities" change the
word "Personal" to Private"

Also, correct Adam N. Saravay, Esq., firm name and address from Tompkins
McGuire Wachenfeld and Barry, LLP to McCarter & English, LLP, Four Gateway
Center, 100 Mulberry Street, Newark, New Jersey 07102.


IT IS HEREBY ORDERED


                                        /s/ Julio M. Fuentes
                                             Circuit Judge

DATED: August 17, 2001

A True Copy:
                                  Teste:          Clerk of the
United States Court of Appeals
                          for the Third Circuit